**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Raw Indulgence, Ltd.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-0675685** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **44 Executive Boulevard, Suite 205**<br>**Elmsford, NY 10523**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Westchester**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://rawrev.com/** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>■ Other. Specify:   **Ltd.** |

Debtor    **Raw Indulgence, Ltd.**                              Case number *(if known)* _____

    Name

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    4239

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ | |
| District | _____ | When | _____ | Case number | _____ | |

---

Debtor  **Raw Indulgence, Ltd.**                                                    Case number (*if known*) _____
_____Name_____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
          Contact name _____
          Phone _____

---

**█ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **Raw Indulgence, Ltd.**                                          Case number (*if known*) _____
         Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | **Raw Indulgence, Ltd.** | | Case number (*if known*) | |
| | Name | | | |

---

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  8, 2023**
            MM / DD / YYYY

**X** **/s/ Alice Benedetto**                          **Alice Benedetto**
Signature of authorized representative of debtor          Printed name

Title    **Chief Executive Officer**

---

**18. Signature of attorney**

**X** **/s/ Robert L. Rattet**                    Date    **May  8, 2023**
Signature of attorney for debtor                          MM / DD / YYYY

**Robert L. Rattet**
Printed name

**Davidoff Hutcher & Citron LLP**
Firm name

**605 Third Avenue**
**34th Floor**
**New York, NY 10158**
Number, Street, City, State & ZIP Code

Contact phone    **212 557 7200**    Email address    **rlr@dhclegal.com**

**1674118 NY**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name **Raw Indulgence, Ltd.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May  8, 2023**          X */s/ Alice Benedetto*
                                        Signature of individual signing on behalf of debtor

                                        **Alice Benedetto**
                                        Printed name

                                        **Chief Executive Officer**
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Raw Indulgence, Ltd.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Acosta Inc. c/o OeP, LLC P.O. Box 281996 Atlanta, GA 30384 | | | | | | $25,421.79 |
| Advance Servicing, Inc. 101 Crawfords Corner Road Holmdel, NJ 07733 | | Merchant Cash Advance Agreement and Default Judgment | Disputed | $38,783.30 | $0.00 | $38,783.30 |
| All Packaging Company 14806 E. 33rd Place Aurora, CO 80011 | | | | | | $29,523.34 |
| American Express P.O. Box 1270 Newark, NJ 07101 | | Platinum Credit Card | | | | $44,249.90 |
| American Express P.O. Box 650448 Dallas, TX 75265 | | Corporate Credit Card | | | | $42,230.26 |
| CFS Cap, LLC 136 E. South Temple Salt Lake City, UT 84111 | | Merchant Cash Advance Agreement | Disputed | $245,000.00 | $0.00 | $245,000.00 |
| Claremont Foods 6325 Monarch Park Pl. Longmont, CO 80503 | | | | | | $128,947.68 |
| FDM Business Development, LLC P.O. Box 744899 Atlanta, GA 30374 | | | | | | $30,422.37 |

Debtor    **Raw Indulgence, Ltd.**                                                     Case number *(if known)* _____
　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Fora Financial Advance, LLC Attn: Legal Department 519 Eighth Avenue, 11th Floor New York, NY 10018 | | Merchant Cash Advance Agreement | Disputed | $150,000.00 | $0.00 | $150,000.00 |
| Funding Metrics, LLC 3220 Tillman Drive, Suite 200 Bensalem, PA 19020 | | Merchant Cash Advance Agreement | Disputed | $100,000.00 | $0.00 | $100,000.00 |
| Fying Ingredients USA - Gabio 11801 Pierce Street, Suite 200 Riverside, CA 92505 | | | | | | $46,275.00 |
| Hardy Farms Peanuts 318 Industrial Blvd. Hawkinsville, GA 31036 | | | | | | $39,744.00 |
| Hestia Food and Ingredients 16769 Bernardo Center Dr., Ste 1-358 San Diego, CA 92128 | | | | | | $21,786.02 |
| Keybank National Association c/o Commercial Loan Department P.O.Box 94525 Cleveland, OH 44101 | | | | $228,733.35 | $0.00 | $228,733.35 |
| Olam International Ltd. P.O. Box 731254 Dallas, TX 75373 | | | | | | $23,850.00 |
| Parkside Funding Group LLC 865 NJ-33 Business 3 192 Freehold, NJ 07728 | | Merchant Cash Advance Agreement | Disputed | $100,000.00 | $0.00 | $100,000.00 |
| Power Digital Marketing, Inc. c/o Sorem & Pastore, Lawyers 2635 Camino Del Rio South Suite 203 San Diego, CA 92108 | | | Disputed | | | $54,000.00 |

Debtor  **Raw Indulgence, Ltd.**                                          Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Shine Capital Group, LLC 25 Robert Pitt Dr., Suite 204 Monsey, NY 10952** | | **Merchant Cash Advance Agreement** | **Disputed** | **$50,000.00** | **$0.00** | **$50,000.00** |
| **SMIngredients, Inc 31878 Del Obispo Street Suite 118-506 San Juan Capistrano, CA 92675** | | | | | | **$81,984.15** |
| **U.S. Small Business Admin. 2 North 20th Street, Suite 320 Birmingham, AL 35203** | | | | **$2,000,000.00** | **$0.00** | **$2,000,000.00** |

| Fill in this information to identify the case: |
| --- |
| Debtor name    **Raw Indulgence, Ltd.** |
| United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     **12/15**

<u>Part 1:</u>    **Summary of Assets**

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

     1a. **Real property:**
        Copy line 88 from *Schedule A/B*......................................................................................    $      **80,557.70**

     1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*...................................................................................    $      **627,855.16**

     1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.....................................................................................    $      **708,412.86**

<u>Part 2:</u>    **Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $      **2,999,240.65**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $      **0.00**

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$      **889,326.74**

4.    **Total liabilities** .............................................................................................................
     Lines 2 + 3a + 3b        $      **3,888,567.39**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
| --- |

Debtor name    **Raw Indulgence, Ltd.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.    **Cash on hand** | $945.27 |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.    **M&T Bank** | **Operating Account** | **4409** | $10,618.51 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    | $11,563.78 |

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1.    **Security Deposits** | $7,705.83 |
| --- | --- |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

Debtor   **Raw Indulgence, Ltd.**_____     Case number *(If known)* _____
         <span style="font-size:smaller">Name</span>

8.1.   **Prepaid Expenses** _____                    **$3,319.93**

---

9.   **Total of Part 2.**                                              **$11,025.76**
     Add lines 7 through 8. Copy the total to line 81.

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

11a. 90 days old or less:        **171,879.71**        -        **0.00**     = ....        **$171,879.71**
                            face amount                 doubtful or uncollectible accounts

---

12.   **Total of Part 3.**                                             **$171,879.71**
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** **Products and supplies** | | **$0.00** | | **$424,923.17** |

20.   **Work in progress**

21.   **Finished goods, including goods held for resale**

22.   **Other inventory or supplies**

23.   **Total of Part 5.**                                             **$424,923.17**
      Add lines 19 through 22.  Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
      ■ No
      ☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
      ■ No

                    _____                    _____
                    Valuation method                           Current Value

Debtor   **Raw Indulgence, Ltd.**_____   Case number *(If known)* _____
         Name

☐ Yes. Book value      _____      _____      _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** Office Equipment | $0.00 | | $8,462.74 |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
     Add lines 39 through 42.  Copy the total to line 86.

| | $8,462.74 |
|---|---|

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Debtor   **Raw Indulgence, Ltd.**_____   Case number *(If known)* _____
          Name

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Leasehold Improvements** | | **$0.00** | | **$80,557.70** |

56.   **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| **$80,557.70** |
|---|

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
      ■ No
      ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

      ■ No.  Go to Part 11.
      ☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
      Include all interests in executory contracts and unexpired leases not previously reported on this form.

      ☐ No.  Go to Part 12.
      ■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71.   **Notes receivable** Description (include name of obligor) | |
| 72.   **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73.   **Interests in insurance policies or annuities** | |
| **The Hartford - Umbrella liability insurance** | **Unknown** |
| 74.   **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76.   **Trusts, equitable or future interests in property** | |

Debtor    **Raw Indulgence, Ltd.**                                      Case number *(If known)* _____
_____
Name

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                      | **$0.00** |
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor   **Raw Indulgence, Ltd.**_____   Case number *(If known)* _____
_____Name_____

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $11,563.78 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $11,025.76 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $171,879.71 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $424,923.17 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $8,462.74 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................................> | | $80,557.70 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $627,855.16 | + 91b.   $80,557.70 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $708,412.86 |

**Fill in this information to identify the case:**

Debtor name     **Raw Indulgence, Ltd.**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | Amount of claim | Value of collateral that supports this claim |
| | Do not deduct the value of collateral. | |

| 2.1 | **Advance Servicing, Inc.** | Describe debtor's property that is subject to a lien | $38,783.30 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**101 Crawfords Corner Road**
**Holmdel, NJ 07733**

**Merchant Cash Advance Agreement and Default Judgment**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

| 2.2 | **ATF Irrevocable Trust** | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|---|

Creditor's Name

**537 Summit Avenue**
**Oradell, NJ 07649**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor    **Raw Indulgence, Ltd.**                                    Case number (if known) _____
_____Name_____

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

| 2.3 | **Blue Bridge Financial, LLC** | Describe debtor's property that is subject to a lien | $73,134.00 | $587,581.87 |

Creditor's Name

**Attn: Documentation Team
535 Washington Street,
Suite 201
Buffalo, NY 14203**

Creditor's mailing address

**Food processing equipment**

Describe the lien

**Equipment Lease**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.4 | **Calltrol Corporation** | Describe debtor's property that is subject to a lien | Unknown | $0.00 |

Creditor's Name

**71 Newtown Road #284
Danbury, CT 06810**

Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

| 2.5 | **Celtic Bank Corporation** | Describe debtor's property that is subject to a lien | $13,590.00 | $0.00 |

Creditor's Name

**c/o Bluevine Capital, Inc.
401 Warren Street, Ste. 300
Redwood City, CA 94063**

Creditor's mailing address

**Merchant Cash Advance Agreement**

Describe the lien

---

Debtor    **Raw Indulgence, Ltd.**
_____
Name

Case number (if known) _____

---

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 | **CFS Cap, LLC** | Describe debtor's property that is subject to a lien | $245,000.00 | $0.00 |
|-----|------------------|------------------------------------------------------|-------------|-------|

Creditor's Name

**136 E. South Temple
Salt Lake City, UT 84111**
Creditor's mailing address

**Merchant Cash Advance Agreement**

**Describe the lien**

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.7 | **CHTD Company** | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|-----|------------------|------------------------------------------------------|---------|-------|

Creditor's Name

**P.O. Box 2576
Springfield, IL 62708**
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| Debtor | **Raw Indulgence, Ltd.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.8** **David Miles Friedman**

Creditor's Name

**71 Newtown Road #284**
**Danbury, CT 06810**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**                    **Unknown**          **$0.00**

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

**2.9** **Fora Financial Advance, LLC**

Creditor's Name

**Attn: Legal Department**
**519 Eighth Avenue, 11th Floor**
**New York, NY 10018**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**          **$150,000.00**          **$0.00**
**Merchant Cash Advance Agreement**

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

**2.10** **Funding Metrics, LLC**

Creditor's Name

**3220 Tillman Drive, Suite 200**
**Bensalem, PA 19020**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**          **$100,000.00**          **$0.00**
**Merchant Cash Advance Agreement**

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

---

Debtor    **Raw Indulgence, Ltd.**                                    Case number (if known) _____

Name

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.1 1 | **Keybank National Association** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $228,733.35 | $0.00 |
| | **c/o Commercial Loan Department P.O.Box 94525 Cleveland, OH 44101** | | | |
| | Creditor's mailing address | **Describe the lien** **Commercial Term Loan** | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ■ No ☐ Yes | | |
| | **Date debt was incurred** | Is anyone else liable on this claim? | | |
| | **3/19/15** | ☐ No | | |
| | **Last 4 digits of account number** | ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 2 | **Live Oak Banking Company** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | **Unknown** | $0.00 |
| | **1741 Tiburon Drive Wilmington, NC 28403** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ■ No ☐ Yes | | |
| | **Date debt was incurred** | Is anyone else liable on this claim? | | |
| | **Last 4 digits of account number** | ■ No ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 3 | **Parkside Funding Group LLC** | | | |
|---|---|---|---|---|
| | | Describe debtor's property that is subject to a lien | $100,000.00 | $0.00 |

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 5 of 7

Debtor     **Raw Indulgence, Ltd.**                                          Case number (if known) _____

_____
Name

_____          **Merchant Cash Advance Agreement**
Creditor's Name

**865 NJ-33 Business 3 192**
**Freehold, NJ 07728**                          _____
_____          **Describe the lien**
Creditor's mailing address                      _____

                                                **Is the creditor an insider or related party?**
                                                ■ No
_____          ☐ Yes
Creditor's email address, if known              **Is anyone else liable on this claim?**
                                                ■ No
**Date debt was incurred**                      ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**               **As of the petition filing date, the claim is:**
**interest in the same property?**              Check all that apply
■ No                                            ☐ Contingent
☐ Yes. Specify each creditor,                   ☐ Unliquidated
including this creditor and its relative        ■ Disputed
priority.

---

2.1
4     **Shine Capital Group, LLC**              **Describe debtor's property that is subject to a lien**     **$50,000.00**     **$0.00**
      Creditor's Name                           **Merchant Cash Advance Agreement**

**25 Robert Pitt Dr., Suite 204**
**Monsey, NY 10952**                            _____
_____          **Describe the lien**
Creditor's mailing address                      _____

                                                **Is the creditor an insider or related party?**
                                                ■ No
_____          ☐ Yes
Creditor's email address, if known              **Is anyone else liable on this claim?**
                                                ■ No
**Date debt was incurred**                      ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**               **As of the petition filing date, the claim is:**
**interest in the same property?**              Check all that apply
■ No                                            ☐ Contingent
☐ Yes. Specify each creditor,                   ☐ Unliquidated
including this creditor and its relative        ■ Disputed
priority.

---

2.1
5     **U.S. Small Business**                   **Describe debtor's property that is subject to a lien**     **$2,000,000.00**     **$0.00**
      **Admin.**
      Creditor's Name
**2 North 20th Street, Suite**
**320**
**Birmingham, AL 35203**                        _____
Creditor's mailing address                      **Describe the lien**
                                                **EIDL Loan**
                                                **Is the creditor an insider or related party?**
                                                ■ No
_____          ☐ Yes
Creditor's email address, if known              **Is anyone else liable on this claim?**
                                                ☐ No
**Date debt was incurred**                      ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

---

Debtor   **Raw Indulgence, Ltd.**                                                 Case number (*if known*) _____
_____
Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$2,999,240.65** |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name     **Raw Indulgence, Ltd.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**ABF (ArcBest) Freight System, Inc.**<br>**1010 Woodend Road**<br>**Stratford, CT 06615**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$10,184.44** |
|---|---|---|---|
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Acosta Inc.**<br>**c/o OeP, LLC**<br>**P.O. Box 281996**<br>**Atlanta, GA 30384**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$25,421.79** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Adallen Nutrition Inc.**<br>**2 Corporate Drive**<br>**Cranbury, NJ 08512**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,975.00** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**All Packaging Company**<br>**14806 E. 33rd Place**<br>**Aurora, CO 80011**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$29,523.34** |

| Debtor | **Raw Indulgence, Ltd.** | Case number *(if known)* | |
| | Name | | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42,230.26** |
| | **American Express** | ☐ Contingent | |
| | **P.O. Box 650448** | ☐ Unliquidated | |
| | **Dallas, TX 75265** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Corporate Credit Card** | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44,249.90** |
| | **American Express** | ☐ Contingent | |
| | **P.O. Box 1270** | ☐ Unliquidated | |
| | **Newark, NJ 07101** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Platinum Credit Card** | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,385.82** |
| | **Bakery On Main** | ☐ Contingent | |
| | **127 Park Ave. Suite 100** | ☐ Unliquidated | |
| | **East Hartford, CT 06108** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
| | **Better Health Store** | ☐ Contingent | |
| | **42875 Grand River Ave. Ste 100** | ☐ Unliquidated | |
| | **Novi, MI 48375** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,600.00** |
| | **BSJ Sales Merchandising Services** | ☐ Contingent | |
| | **33-15 80 Street Suite 2** | ☐ Unliquidated | |
| | **Jackson Heights, NY 11372** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,055.00** |
| | **CBIZ Marks Paneth, LLC** | ☐ Contingent | |
| | **P.O. Box 411222** | ☐ Unliquidated | |
| | **Boston, MA 02241** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,745.74** |
| | **Citibank** | ☐ Contingent | |
| | **P.O. Box 6500** | ☐ Unliquidated | |
| | **Sioux Falls, SD 57117** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Citi Business Credit Card** | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Raw Indulgence, Ltd.** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$128,947.68** |
|---|---|---|---|
| | **Claremont Foods** | ☐ Contingent | |
| | **6325 Monarch Park Pl.** | ☐ Unliquidated | |
| | **Longmont, CO 80503** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,647.00** |
|---|---|---|---|
| | **Commerce12, LLC** | ☐ Contingent | |
| | **1137 Taft Street** | ☐ Unliquidated | |
| | **Rockville, MD 20850** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,015.50** |
|---|---|---|---|
| | **Conri Services, Inc.** | ☐ Contingent | |
| | **5 Skyline Drive** | ☐ Unliquidated | |
| | **Hawthorne, NY 10532** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,900.00** |
|---|---|---|---|
| | **D&L Transport, LLC** | ☐ Contingent | |
| | **P.O. Box 778927** | ☐ Unliquidated | |
| | **Chicago, IL 60677** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,221.11** |
|---|---|---|---|
| | **Deline Box Co.** | ☐ Contingent | |
| | **3700 Lima Street** | ☐ Unliquidated | |
| | **Denver, CO 80239** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,500.00** |
|---|---|---|---|
| | **Destini Global LLC** | ☐ Contingent | |
| | **P.O. Box 776826** | ☐ Unliquidated | |
| | **Chicago, IL 60677** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20,000.00** |
|---|---|---|---|
| | **Dorathea Gornie** | ☐ Contingent | |
| | **15 Scenic Drive. Apt. 5K** | ☐ Unliquidated | |
| | **Croton on Hudson, NY 10520** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ Employee Severance | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | Raw Indulgence, Ltd. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,837.98**

**Estes Express Lines**
P.O. Box 105160
Atlanta, GA 30348

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,422.37**

**FDM Business Development, LLC**
P.O. Box 744899
Atlanta, GA 30374

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,728.88**

**FedEx**
P.O. Box 371461
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,500.00**

**Fenchem USA**
15308 El Prado Road, Building #8
Chino, CA 91710

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,124.02**

**FONA International Inc.**
P.O. Box 71333
Chicago, IL 60694

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$46,275.00**

**Fying Ingredients USA - Gabio**
11801 Pierce Street, Suite 200
Riverside, CA 92505

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,972.50**

**Gagliardi Enterprises 44 LLC**
44 Executive Blvd. Suite 202
Elmsford, NY 10523

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Raw Indulgence, Ltd. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.26** | **Nonpriority creditor's name and mailing address**

**Glanbia Nutritionals, Inc.**
**227 W Monroe St, Suite 5100**
**Chicago, IL 60606**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$9,913.81**

---

**3.27** | **Nonpriority creditor's name and mailing address**

**Global Organics, Ltd.**
**68 Moulton Street**
**Cambridge, MA 02138**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$12,654.00**

---

**3.28** | **Nonpriority creditor's name and mailing address**

**GRIN Technologies, Inc.**
**400 Capitol Mall, Suite 900**
**Sacramento, CA 95814**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$5,364.57**

---

**3.29** | **Nonpriority creditor's name and mailing address**

**Hardy Farms Peanuts**
**318 Industrial Blvd.**
**Hawkinsville, GA 31036**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$39,744.00**

---

**3.30** | **Nonpriority creditor's name and mailing address**

**Hestia Food and Ingredients**
**16769 Bernardo Center Dr., Ste 1-358**
**San Diego, CA 92128**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$21,786.02**

---

**3.31** | **Nonpriority creditor's name and mailing address**

**IFC Solutions**
**1601 E. Linden Ave.**
**Linden, NJ 07036**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$13,891.50**

---

**3.32** | **Nonpriority creditor's name and mailing address**

**Impact Group LLC**
**Attn: Accounts Receivable**
**P.O. Box 281996**
**Atlanta, GA 30384**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$2,422.30**

---

| Debtor | Raw Indulgence, Ltd. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.33** Nonpriority creditor's name and mailing address

**Independent Natural Food Retailers Assoc**
**2356 University Ave. W. Ste. 200**
**Saint Paul, MN 55114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,250.00**

---

**3.34** Nonpriority creditor's name and mailing address

**Innovative Network Solutions Corp.**
**5 Hillandale Ave. Suite 102**
**Stamford, CT 06902**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,467.81**

---

**3.35** Nonpriority creditor's name and mailing address

**Lucky Health Group Inc.**
**555 E. North Lane, Suite 6050**
**Conshohocken, PA 19428**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$285.90**

---

**3.36** Nonpriority creditor's name and mailing address

**Maximum Marketing Inc.**
**7710 NW 56th Way, Suite 200**
**Pompano Beach, FL 33073**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$14,587.06**

---

**3.37** Nonpriority creditor's name and mailing address

**Medallion Labs**
**9000 Plymouth Avenue North**
**Minneapolis, MN 55427**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,806.00**

---

**3.38** Nonpriority creditor's name and mailing address

**Molo Solutions LLC**
**P.O. Box 10048**
**Fort Smith, AR 72917**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$17,250.00**

---

**3.39** Nonpriority creditor's name and mailing address

**MSP, Inc.**
**2615 River Rd. Unit# 1**
**Riverton, NJ 08077**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$222.97**

---

| Debtor | Raw Indulgence, Ltd. | Case number *(if known)* |
|---|---|---|
| | | |

**3.40**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,284.35 |
|---|---|---|
| **National Coop Grocers**<br>**2610 University Ave. West, Ste. 150**<br>**Saint Paul, MN 55114** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.41**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,250.00 |
|---|---|---|
| **Natural Food Certifiers**<br>**P.O. Box 990**<br>**Monsey, NY 10952** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.42**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,193.65 |
|---|---|---|
| **New Frontier Marketing, LLC**<br>**22710 16th Avenue South**<br>**Seattle, WA 98198** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.43**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119.05 |
|---|---|---|
| **New Leaf Community Markets, Inc.**<br>**1300 SE Stark Street, Suite 401**<br>**Portland, OR 97214** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.44**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,553.10 |
|---|---|---|
| **New Seasons Market, LLC**<br>**1300 SE Stark Street Ste 401**<br>**Portland, OR 97214** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.45**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,636.00 |
|---|---|---|
| **Nutralliance**<br>**23600 Via Del Rio**<br>**Yorba Linda, CA 92887** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.46**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,420.00 |
|---|---|---|
| **Nutrin Distribution Company**<br>**P.O. Box 65597**<br>**Washington, DC 20035** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor   **Raw Indulgence, Ltd.**
_____
Name

Case number _(if known)_ _____

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $23,850.00 |
|---|---|---|---|

**Olam International Ltd.**
**P.O. Box 731254**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $54,000.00 |
|---|---|---|---|

**Power Digital Marketing, Inc.**
**c/o Sorem & Pastore, Lawyers**
**2635 Camino Del Rio South**
**Suite 203**
**San Diego, CA 92108**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $18,278.15 |
|---|---|---|---|

**Progressive Logistics**
**4268 W. 300 N.**
**Greenfield, IN 46140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $240.00 |
|---|---|---|---|

**Puget Consumers Co-op**
**3131 Elliott Avenue, Suite 500**
**Seattle, WA 98121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,670.80 |
|---|---|---|---|

**Redmond Trading Company, L.C.**
**P.O. Box 1550**
**American Fork, UT 84003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $7,657.20 |
|---|---|---|---|

**Ridgeline Sales**
**55056 Oak Tree**
**La Quinta, CA 92253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $246.36 |
|---|---|---|---|

**Senpa, Inc.**
**5946 Main Street**
**New Port Richey, FL 34652**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Raw Indulgence, Ltd. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.54** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$81,984.15**

**SMIngredients, Inc**
**31878 Del Obispo Street Suite 118-506**
**San Juan Capistrano, CA 92675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,400.00**

**Smirk's Ltd.**
**17601 US Hwy 34**
**Fort Morgan, CO 80701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,270.30**

**Spins LLC**
**P.O. BOX 776803**
**Chicago, IL 60677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$482.24**

**SPS Commerce**
**P.O. Box 205782**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,470.00**

**Sunteck Transport Co., LLC**
**P.O. Box 536665**
**Pittsburgh, PA 15253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,548.06**

**The Hartford**
**P.O. Box 660916**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$220.00**

**Tradin Organics USA LLC**
**P.O. Box 740923**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Raw Indulgence, Ltd.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,680.92 |
|---|---|---|---|

**Trinity Logistics, Inc.**
P.O. Box 536203
Pittsburgh, PA 15253

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,194.47 |
|---|---|---|---|

**Uline**
P.O. Box 88741
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $786.89 |
|---|---|---|---|

**United Sales & Service, LLC**
8011 North I 70 Frontage Rd.
Arvada, CO 80002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $315.78 |
|---|---|---|---|

**Vitamin Cottage Natural Food Markets Inc**
12612 W Alameda Pkwy
Denver, CO 80228

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,866.00 |
|---|---|---|---|

**Vitusa Products, Inc.**
343 Snyder Ave.
Berkeley Heights, NJ 07922

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 889,326.74 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ 889,326.74 |

**Fill in this information to identify the case:**

Debtor name     **Raw Indulgence, Ltd.**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for food processing equipment located at 127 Park Ave East Hartford, CT 06108** | |
| | State the term remaining | **44 Months** | **Blue Bridge Financial, LLC Attn: Documentation Team 535 Washington Street, Suite 201 Buffalo, NY 14203** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Month to Month lease for operations office located at 44 Executive Blvd. Suite 205, Elmsford, NY 10523** | |
| | State the term remaining | | **Gagliardi Enterprises 44 LLC 44 Executive Blvd., Ste. 202 Elmsford, NY 10523** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name __**Raw Indulgence, Ltd.**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF NEW YORK__

Case number (if known) _____

☐ Check if this is an
    amended filing

# Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Alice Benedetto** | Guarantor | **Blue Bridge Financial, LLC** | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | **Alice Benedetto** | Guarantor | **U.S. Small Business Admin.** | ■ D __2.15__<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | **Alice Benedetto** | Guarantor | **Keybank National Association** | ■ D __2.11__<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | **David Friedman** | | **Keybank National Association** | ■ D __2.11__<br>☐ E/F ____<br>☐ G ____ |
| 2.5 | **Alice Benedetto** | | **Blue Bridge Financial, LLC** | ☐ D ____<br>☐ E/F ____<br>■ G __2.1__ |

Debtor    **Raw Indulgence, Ltd.**                              Case number *(if known)*

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
| --- | --- |

**Fill in this information to identify the case:**

Debtor name  **Raw Indulgence, Ltd.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**  **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,477,591.42** |
   | **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$5,432,725.05** |
   | **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$4,792,041.30** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:**  **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | Raw Indulgence, Ltd. | Case number *(if known)* | |
|---|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Alice Benedetto**<br><br>Owner | | **$1,265,043.91** | **Compensation** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Power Digital Marketing Inc. v. Raw Indulgence, Ltd. et al.** | **Commercial - Contract** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.  **ADVANCE SERVICING INC., v. RAW INDULGENCE, LTD et al**<br>**505316/2023** | **Commerical - Contract** | **Kings County Supreme Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3.  **CFS CAP, LLC dba CashFund v. Alice Benedetto and Raw Indulgence, Ltd.**<br>**239901705** | **Commercial - Contract** | **Third Judicial District Salt Lake County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

| Debtor | Raw Indulgence, Ltd. | Case number *(if known)* | |
|---|---|---|---|

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:   Certain Losses**

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:   Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

□ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Davidoff Hutcher & Citron LLP<br>605 Third Avenue<br>New York, NY 10158 | Retainer | 5/8/23 | $15,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>Joseph Miano | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:   Previous Locations**

Debtor   **Raw Indulgence, Ltd.**                                    Case number *(if known)* _____

---

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

    | Address | Dates of occupancy From-To |
    |---------|----------------------------|
    |         |                            |

**Part 8:**   Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

    | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
    |---------------------------|------|------|
    |                           |      |      |

**Part 9:**   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **M&T Bank** | **XXXX-3823** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | **$16,332.00** |
| 18.2. | **M&T Bank** | **XXXX-3831** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | **$0.00** |

| Debtor | Raw Indulgence, Ltd. | Case number *(if known)* | |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

Debtor    **Raw Indulgence, Ltd.**                                              Case number *(if known)* _____

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|---|---|
| | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **CBIZ Marks Paneth, LLC**<br>**Attn: Howard Hoff**<br>**P.O. Box 411222**<br>**Boston, MA 02241** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Alice Benedetto** | | **Chief Executive Officer and Owner** | **100%** |

Debtor   **Raw Indulgence, Ltd.**                          Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| John Chiappetta | | Chief Operating Officer | 0% |

**29.** **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30.** **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|-----------------------------------------------------|-------|-------------------------------|

**31.** **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|----------------------------------------------------------|

**32.** **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May  8, 2023**  _____

**/s/ Alice Benedetto** _____          **Alice Benedetto** _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **Chief Executive Officer** _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re  **Raw Indulgence, Ltd.** _____  Case No. _____

_____ Debtor(s)  Chapter  **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................................. $ _____**15,000.00**

    Prior to the filing of this statement I have received ............................... $ _____**15,000.00**

    Balance Due ........................................................................................... $ _____**0.00**

2.  $ __**0.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☐ Debtor          ■ Other (specify):    **Joseph Miano**

4.  The source of compensation to be paid to me is:

    ■ Debtor          ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e. [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtor(s) in any dischargability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding or contested matter.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **May  8, 2023** | **/s/ Robert L. Rattet** |
| *Date* | **Robert L. Rattet** |
| | *Signature of Attorney* |
| | **Davidoff Hutcher & Citron LLP** |
| | **605 Third Avenue** |
| | **34th Floor** |
| | **New York, NY 10158** |
| | **212 557 7200  Fax: 212 286 1884** |
| | **rlr@dhclegal.com** |
| | *Name of law firm* |

# United States Bankruptcy Court
## Southern District of New York

In re    **Raw Indulgence, Ltd.**
Debtor(s)

Case No.
Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Alice Benedetto** | **Owner** | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** of the Ltd. named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **May  8, 2023**

Signature    **/s/ Alice Benedetto**
**Alice Benedetto**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## United States Bankruptcy Court
### Southern District of New York

In re  **Raw Indulgence, Ltd.** _____    Case No. _____

_____ Debtor(s)    Chapter  **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the Ltd. named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **May  8, 2023** _____        **/s/ Alice Benedetto** _____

**Alice Benedetto**/**Chief Executive Officer**
Signer/Title

1010 Woodend Road
Stratford, CT 06615

42875 Gr...d...r Ave. Ste 1001137 Taft Street
Novi, MI 48375

Rockville, MD 20850

.

Acosta Inc.
c/o OeP, LLC
P.O. Box 281996
Atlanta, GA 30384

Blue Bridge Financial, LLC
Attn: Documentation Team
535 Washington Street, Suite 201
Buffalo, NY 14203

Conri Services, Inc.
5 Skyline Drive
Hawthorne, NY 10532

Adallen Nutrition Inc.
2 Corporate Drive
Cranbury, NJ 08512

BSJ Sales Merchandising Services
33-15 80 Street Suite 2
Jackson Heights, NY 11372

D&S Transport, LLC
P.O. Box 778927
Chicago, IL 60677

Advance Servicing, Inc.
101 Crawfords Corner Road
Holmdel, NJ 07733

Calltrol Corporation
71 Newtown Road #284
Danbury, CT 06810

David Friedman

Alice Benedetto

CBIZ Marks Paneth, LLC
P.O. Box 411222
Boston, MA 02241

David Miles Friedman
71 Newtown Road #284
Danbury, CT 06810

All Packaging Company
14806 E. 33rd Place
Aurora, CO 80011

Celtic Bank Corporation
c/o Bluevine Capital, Inc.
401 Warren Street, Ste. 300
Redwood City, CA 94063

Deline Box Co.
3700 Lima Street
Denver, CO 80239

American Express
P.O. Box 650448
Dallas, TX 75265

CFS Cap, LLC
136 E. South Temple
Salt Lake City, UT 84111

Destini Global LLC
P.O. Box 776826
Chicago, IL 60677

American Express
P.O. Box 1270
Newark, NJ 07101

CHTD Company
P.O. Box 2576
Springfield, IL 62708

Dorathea Gornie
15 Scenic Drive. Apt. 5K
Croton on Hudson, NY 105...

ATF Irrevocable Trust
537 Summit Avenue
Oradell, NJ 07649

Citibank
P.O. Box 6500
Sioux Falls, SD 57117

Estes Express Lines
P.O. Box 105160
Atlanta, GA 30348

Bakery On Main
127 Park Ave. Suite 100
East Hartford, CT 06108

Claremont Foods
6325 Monarch Park Pl.
Longmont, CO 80503

FDM Business Development L...
P.O. Box 744899
Atlanta, GA 30374

FedEx
P.O. Box 371461
Pittsburgh, PA 15250

Fenchem USA
15308 El Prado Road, Building #8
Chino, CA 91710

FONA International Inc.
P.O. Box 71333
Chicago, IL 60694

Fora Financial Advance, LLC
Attn: Legal Department
519 Eighth Avenue, 11th Floor
New York, NY 10018

Funding Metrics, LLC
3220 Tillman Drive, Suite 200
Bensalem, PA 19020

Fying Ingredients USA - Gabio
11801 Pierce Street, Suite 200
Riverside, CA 92505

Gagliardi Enterprises 44 LLC
44 Executive Blvd. Suite 202
Elmsford, NY 10523

Gagliardi Enterprises 44 LLC
44 Executive Blvd., Ste. 202
Elmsford, NY 10523

Glanbia Nutritionals, Inc.
227 W Monroe St, Suite 5100
Chicago, IL 60606

Global Organics, Ltd.
68 Moulton Street
Cambridge, MA 02138

---

400 Capitol Mall, Suite 900
Sacramento, CA 95814

Hardy Farms Peanuts
188 Industrial Blvd.
Hawkinsville, GA 31036

Hestia Food and Ingredients
16769 Bernardo Center Dr., Ste 1035
San Diego, CA 92128

IFC Solutions
1601 E. Linden Ave.
Linden, NJ 07036

Impact Group LLC
Attn: Accounts Receivable
P.O. Box 281996
Atlanta, GA 30384

Independent Natural Food Retailers Assoc
2356 University Ave. W. Ste. 200
Saint Paul, MN 55114

Innovative Network Solutions Corp.
5 Hillandale Ave. Suite 102
Stamford, CT 06902

Keybank National Association
c/o Commercial Loan Department
P.O.Box 94525
Cleveland, OH 44101

Live Oak Banking Company
1741 Tiburon Drive
Wilmington, NC 28403

Lucky Health Group Inc.
555 E. North Lane, Suite 6050
Conshohocken, PA 19428

---

Taxim Marketing Inc.
7710 NW 56th Way, Suite 2
Pompano Beach, FL 33073

Medallion Labs
9000 Plymouth Avenue North
Minneapolis, MN 55427

Molo Solutions LLC
P.O. Box 10048
Fort Smith, AR 72917

MSP, Inc.
2615 River Rd. Unit# 1
Riverton, NJ 08077

National Coop Grocers
2610 University Ave. West
Saint Paul, MN 55114

Natural Food Certifiers
P.O. Box 990
Monsey, NY 10952

New Frontier Marketing, L
22710 16th Avenue South
Seattle, WA 98198

New Leaf Community Market
1300 SE Stark Street, Suite 4
Portland, OR 97214

New Seasons Market, LLC
1300 SE Stark Street Ste 4
Portland, OR 97214

Nutralliance
23600 Via Del Rio
Yorba Linda, CA 92887

Nutrin Distribution Company
P.O. Box 65597
Washington, DC 20035

Shamrock Foods Service, L
31878 Del Obispo Street Suite 118-506
San Juan Capistrano, CA 92675

Whitmire Distribution
8181 North I 70 Frontage R
Arvada, CO 80002

Olam International Ltd.
P.O. Box 731254
Dallas, TX 75373

Smirk's Ltd.
17601 US Hwy 34
Fort Morgan, CO 80701

Vitamin Cottage Natural M
12612 W Alameda Pkwy
Denver, CO 80228

Parkside Funding Group LLC
865 NJ-33 Business 3 192
Freehold, NJ 07728

Spins LLC
P.O. BOX 776803
Chicago, IL 60677

Vitusa Products, Inc.
343 Snyder Ave.
Berkeley Heights, NJ 079

Power Digital Marketing, Inc.
c/o Sorem & Pastore, Lawyers
2635 Camino Del Rio South
Suite 203
San Diego, CA 92108

SPS Commerce
P.O. Box 205782
Dallas, TX 75320

Progressive Logistics
4268 W. 300 N.
Greenfield, IN 46140

Sunteck Transport Co., LLC
P.O. Box 536665
Pittsburgh, PA 15253

Puget Consumers Co-op
3131 Elliott Avenue, Suite 500
Seattle, WA 98121

The Hartford
P.O. Box 660916
Dallas, TX 75266

Redmond Trading Company, L.C.
P.O. Box 1550
American Fork, UT 84003

Tradin Organics USA LLC
P.O. Box 740923
Los Angeles, CA 90074

Ridgeline Sales
55056 Oak Tree
La Quinta, CA 92253

Trinity Logistics, Inc.
P.O. Box 536203
Pittsburgh, PA 15253

Senpa, Inc.
5946 Main Street
New Port Richey, FL 34652

U.S. Small Business Admin.
2 North 20th Street, Suite 320
Birmingham, AL 35203

Shine Capital Group, LLC
25 Robert Pitt Dr., Suite 204
Monsey, NY 10952

Uline
P.O. Box 88741
Chicago, IL 60680

**United States Bankruptcy Court**
**Southern District of New York**

In re   **Raw Indulgence, Ltd.** _____   Case No. _____

_____   Chapter   **11** _____

Debtor(s)

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Alice Benedetto**, declare under penalty of perjury that I am the **Chief Executive Officer** of **Raw Indulgence, Ltd.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **3rd** day of **May**, 20**23**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Alice Benedetto**, **Chief Executive Officer** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Alice Benedetto**, **Chief Executive Officer** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Alice Benedetto**, **Chief Executive Officer** of this Corporation is authorized and directed to employ **Robert L. Rattet**, attorney and the law firm of **Davidoff Hutcher & Citron LLP** to represent the corporation in such bankruptcy case."

Date   **May  3, 2023** _____   Signed   **/s/ Alice Benedetto** _____

**Alice Benedetto**

Resolution of Board of Directors
of
**Raw Indulgence, Ltd.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Alice Benedetto, Chief Executive Officer** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Alice Benedetto, Chief Executive Officer** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Alice Benedetto, Chief Executive Officer** of this Corporation is authorized and directed to employ **Robert L. Rattet**, attorney and the law firm of **Davidoff Hutcher & Citron LLP** to represent the corporation in such bankruptcy case.

Date  **May  3, 2023**                              Signed   **/s/ Alice Benedetto**

Date  _____              Signed   _____